| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| _____ District of _____ (State) | |
| Case number (If known): _____ Chapter _____ | |

FILED

2024 MAR 14  AM 10: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Bank of New York Mellon Trust

3. **Other names you know the debtor has used in the last 8 years**

   CWHEQ Home Equity Loan

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   13-5160382
   EIN

5. **Debtor's address**

   Principal place of business:
   240 Greenwich
   Number  Street

   New York   New York   10286
   City        State       ZIP Code

   County: _____

   Mailing address, if different:
   Number  Street
   P.O. Box
   City   State   ZIP Code

   Location of principal assets, if different from principal place of business:
   Number  Street
   City   State   ZIP Code

Official Form 205     Involuntary Petition Against a Non-Individual     page 1

Debtor __BANK OF NEW YORK MELLON Trust__                Case number (if known) _____
       Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| James Clarke | Property Rights | $ 4333 |
| Paul Marcha | Property Rights | $ 4333 |
| Robrick Blair | Property 5781 | $ 4333 |
| | Total of petitioners' claims | $ 1,3000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**

JAMES CLARKE
Name

5721 Potomac Ave NW
Number   Street

Wash                    DC       20016
City                    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 14 2024
             MM / DD / YYYY

× _James Clarke by Agent_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City   State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

× _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor **BANK OF NEW YORK MELLON TRUST**  Case number (if known) _____
_Name_

---

**6. Debtor's website** (URL) _____

---

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☒ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

---

**Part 3: Report About the Case**

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor **BANK OF NEW YORK MELLON TRUST**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY